

U.S. Department of Justice

United States Attorney
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/24

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 9, 2024

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Ambioris Sanchez*, 17 Cr. 360 (KMW)

Dear Judge Wood:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Granted

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Nicholas Folly
Assistant United States Attorney
Tel.: (212) 637-1060

SO ORDERED: N.Y., N.Y. 10/15/24

_____
KIMBA M. WOOD
U.S.D.J.